

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| MINH VU HOANG | : | Case No.  05-21078-TJC |
| THANH HOANG | : | Case No.  05-25738-TJC |
| | : | (Chapter 7) |
| Debtor | : | (Jointly Administered Under |
| | : | No.  05-21078-TJC) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| | : | |
| GARY A. ROSEN, TRUSTEE | : | |
| | : | |
| and | : | |
| | : | |
| HAP FOUNDATION GENERAL PARTNERSHIP | : | |
| a/k/a HIGH ACHIEVEMENT PROGRESSIVISM | : | |
| FOUNDATION GENERAL PARTNERSHIP | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Adversary Proceeding No. 08-00831 |
| | : | |
| MINH VU HOANG | : | |
| THANH HOANG | : | |
| LUISA REYES a/k/a LUISA NUNEZ | : | |
| | : | |
| Defendants | : | |

**ORDER ENTERING JUDGMENT BY DEFAULT AGAINST DEFENDANTS MINH VU HOANG, THANH HOANG AND LUISA REYES, A/K/A LUISA NUNEZ**

Upon the Plaintiff's *Verified Application for Entry of Default* heretofore filed herein, and it appearing to the Court that notwithstanding that the Defendants Minh Vu Hoang, Thanh Hoang and Luisa Reyes were served with a copy of the *Complaint* and the *Summons and Notice of Pre-Trial Conference* as appears by reference to the *Certificate of Service* heretofore filed herein, said Defendants Minh Vu Hoang, Thanh Hoang and Luisa Reyes have failed to respond to said *Complaint* and *Summons* or otherwise to enter an appearance herein; and it further;

APPEARING that on March 2, 2009, the Clerk of this Court entered a default as to the said Minh Vu Hoang, Thanh Hoang and Luisa Reyes; and it further

APPEARING that the entry of judgment by default against the Defendants Minh Vu Hoang, Thanh Hoang and Luisa Reyes is appropriate pursuant to Federal Rule 55(b)(2) (made applicable to these proceedings by Bankruptcy Rule 7055); and

Upon careful consideration of the foregoing, it is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that judgment by default against the Defendants Minh Vu Hoang, Thanh Hoang and Luisa Reyes be, and the same hereby is, GRANTED; and it is further

ORDERED that the real property located, known and designated as 2211 16th Street, N.E., Washington, DC 20018 be, and the same hereby is, DECLARED to be the lawful property of the Trustee and the Bankruptcy Estates herein; and it is further

ORDERED that a constructive trust be, and the same hereby is, IMPOSED upon 2211 16th Street, NE, Washington, DC 20018 for the exclusive benefit of the Trustee and the Bankruptcy Estates herein; and it is further

ORDERED that the Defendants Minh Vu Hoang, Thanh Hoang and Luisa Reyes be, and they hereby are, ADJUDGED and DECLARED to be without any legal right, title or interest in 2211 16th Street, NE, Washington, DC 20018; and it is further

ORDERED that the Plaintiff/Trustee be, and he hereby is, ADJUDGED and DECLARED to be entitled to all dominion and control over 2211 16th Street, NE, Washington, DC 20018; and it is further

ORDERED that the Defendants Minh Vu Hoang, Thanh Hoang and Luisa Reyes, and all persons acting in concert or cooperation with them, deliver and turnover to Gary A. Rosen, Trustee, all of the right, title and interest of HAP Foundation General Partnership in and to 2211 16th Street, NE, Washington, DC 20018 including, *inter alia*, the execution and delivery to Gary A. Rosen, Trustee, of a good and sufficient Deed to 2211 16th Street, NE, Washington, DC 20018 in form and content sufficient to effect change of record title thereto among the Land Records of the District of Columbia; and it is further

ORDERED that the Defendants Minh Vu Hoang, Thanh Hoang and Luisa Reyes, and all persons acting in cooperation with them be, and they hereby are, PERMANENTLY ENJOINED from taking any action to hinder, instruct, impede or otherwise frustrate the Trustee in his management of 2211 16th Street, NE, Washington, D.C. 20018 and the marketing and sale of 2211 16th Street, NE, Washington, DC 20018.

**END OF ORDER**